UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD GENTILE,

    Plaintiff,

v.                                      Case No: 8:14-cv-1984-T-27TGW

CREDIT PROTECTION ASSOCIATION,
L.P.,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Stipulation of Dismissal With Prejudice (Dkt. 19). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own fees and costs. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 28th day of December, 2015.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Counsel of Record